UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| James RUTHERFORD,<br><br>Plaintiff,<br><br>v.<br><br>VISTA PALM PLAZA LLC, et al.,<br><br>Defendants. | Case No.: 20-cv-1010-MMA-AGS<br><br>**ORDER GRANTING JOINT MOTION (ECF 12) AND AMENDED SCHEDULING ORDER** |

For good cause, the Court grants the parties' joint motion to amend the scheduling order. The new dates are:

| Event | Deadline |
|---|---|
| Rule 26(f) Conference | August 14, 2020 |
| Rule 26 Initial Disclosures | October 5, 2020 |
| Joint Discovery Plan | October 8, 2020 |
| ENE Statements | October 8, 2020 |
| ENE and CMC | October 15, 2020, at 9:00 a.m. |
| Motions to Amend | November 16, 2020 |
| Expert Witness Designations and Disclosures | March 12, 2021 |
| Rebuttal Expert Witness Designations and Disclosures | April 12, 2021 |
| Fact Discovery Completion | May 14, 2021 |

| Expert Discovery Completion | May 14, 2021 |
|---|---|
| MSC Statements | May 21, 2021 |
| Mandatory Settlement Conference | May 28, 2021, at 9:00 a.m. |

This order only modifies the dates in the ENE order (ECF 6); all other provisions remain in effect.

Dated: July 13, 2020

_____
Hon. Andrew G. Schopler
United States Magistrate Judge

\*   Pursuant to Civil Local Rule 73.1, **if (and only if) all parties have consented** to the reference to a magistrate judge, then Plaintiff shall file the consent form(s) in paper format at the Clerk's Office.