# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>VISTA PALM PLAZA LLC, a California limited liability company,<br><br>Defendant. | Case No. 20cv1010-MMA-AGS<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE**<br><br>[Doc. No. 19] |

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff James Rutherford ("Plaintiff") and Vista Palm Plaza LLC ("Defendant"), the Court **GRANTS** the joint motion and **DISMISSES** this action with prejudice in its entirety. Each party will bear his or its own costs and attorneys' fees.

**IT IS SO ORDERED**.

DATE: September 2, 2020

_____
HON. MICHAEL M. ANELLO
United States District Judge